JUDGE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | ) | NO. CR07-5327BHS |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER EXTENDING OPENING BRIEF DUE DATE |
| JOANN RICHARDSON, | ) | |
| Defendant. | ) | |

Upon stipulation of the parties to extend the time to file the opening brief, the Court finds that such a continuance would serve the ends of justice, therefore,

IT IS HEREBY ORDERED the opening brief due date be extended until January 14, 2008, the government's response will be due January 28, 2008 and any reply by the defendant due February 4, 2008.

DONE THIS 26th day of October, 2007.

BENJAMIN H. SETTLE
United States District Judge

Presented By:

*/s/ Russell V. Leonard*  
Russell V. Leonard  
Attorney for Defendant

*/s/ Barbara Sievers*  
Barbara Sievers  
Assistant United States Attorney

ORDER EXTENDING DUE DATE--1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710